**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ALBERT LEDONNE II
JULIE LEDONNE,

Case No.:  06-13095 NLW

**Debtors**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $5,560.08, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | CHASE HOME FINANCE LLC<br>3415 VISION DR<br>%BANKRUPTCY DEPT.<br>COLUMBUS, OH  43219 |
| Amount: | $5,560.08 |
| Trustee Claim Number: | 1 |
| Court Claim Number: | 1 |
| Reason: | Not Cashing |

By:  /S/  Marie-Ann Greenberg

Dated:  May 25, 2011

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE